United States District Court
Southern District of Texas
**ENTERED**
July 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GRACIELA RODRIGUEZ,<br>   Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., as Trustee for the Registered Holders of Structured Asset Securities Corporation Mortgage Pass-Through Certificate Series 2007-TCI<br>   Defendant. | Civil Action No. 1:16-CV-145 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. No. 5) in the above-referenced cause of action. No objections were filed by either party. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** this case be transferred to the McAllen Division of the Southern District of Texas pursuant to 28 U.S.C. §1406(a).

Signed on this 20th day of July, 2016.

_____
Rolando Olvera
United States District Judge